**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGHAR UBHI, Derivatively on behalf of Nominal Defendant HUT 8 CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LEVERTON, SHENIF VISRAM, BILL TAI, MIKE HO, ASHER GENOOT, ALEXIA HEFTI, JOE FLINN, MAYO A. SHATTUCK, III, STANLEY O'NEAL, AMY WILKINSON, and RICK RICKERTSEN,<br><br>Defendants,<br><br>and<br><br>HUT 8 CORP.,<br><br>Nominal Defendant. | C.A. No. 24-786-JLH |

**ORDER**

WHEREAS, on July 8, 2024, this case was transferred to the District of Delaware from the Southern District of New York (D.I. 9);

WHEREAS, on July 24, 2024, the Court ordered that, on or before August 16, 2024, Plaintiff must show cause why this case should not be dismissed for failure to state a ripe claim over which the Court has jurisdiction (D.I. 11);

WHEREAS, the deadline to respond has passed, and Plaintiff did not file any response;

WHEREAS, the Court has reviewed Plaintiff's complaint, which asserts a contribution claim under Sections 10(b), 20(a), and 21D of the Securities Exchange Act of 1934 in addition to a number of state law claims;

WHEREAS, the Court has determined that Plaintiff's contribution claim should be dismissed because it is unripe, *see DiBattista v. Greco*, No. 20-590, 2021 WL 327399, at *7 (D. Del. Jan. 31, 2021), *report and recommendation adopted*, No. 20-590, 2021 WL 5061720 (D. Del. Feb. 17, 2021); *see also In re Lordstown Motors Corp. S'holder Derivative Litig.*, No. 21-604, 2022 WL 670940, at *1–2 (D. Del. Mar. 7, 2022);

WHEREAS, in accordance with binding Third Circuit precedent, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, *see, e.g.*, *Stone v. Martin*, 720 F.App'x 132, 136 (3d Cir. 2017);

NOW, THEREFORE, at Wilmington this 21st day of August 2024, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE